*Alvin McKinley Sylvester* and *Lucille C. Bunzl* for appellants.
*Harry Kalman* and *Milton A. Morrison* for respondent.

Orders reversed, with costs in all courts, and determination of State Liquor Authority reinstated. Petitioner's premises are within 200 feet of a church and school, and it was not clearly shown that said premises had been maintained as a bona fide club or restaurant on or prior to December 5, 1933. (See Alcoholic Beverage Control Law, § 64, subd. 7.) No opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Froessel, JJ.

Josephine Jones, as Administratrix of the Estate of James Wright, Deceased, Appellant, *v.* 416 Pleasant Avenue Holding Corp., Respondent.

Argued November 24, 1952; decided January 15, 1953.

*Melvel W. Snitow* and *Sydney Snitow* for appellant.
*Spero V. Soupios* and *Edward A. Harmon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.